| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McGarity, Margaret D. | 2. Court or Organization<br><br>US Bankruptcy Court | 3. Date of Report<br><br>05/13/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave.<br>Suite #162<br>Milwaukee, WI 53202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Book royalties - State Bar of Wisconsin | $1,184.07 |
| 2. 2011 | Book royalties - Matthew Bender & Co., Inc. | $2,320.23 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Bankruptcy Trustees (NABT) 2011 Spring Seminar | March 23 - 26, 2011 | Santa Monica, California | speaker | transportation, food, & lodging |
| 2. | American Bankruptcy Institute (ABI) 1st Annual Consumer Bankruptcy Conference | May 19 - 21, 2011 | Memphis, Tennessee | speaker | transportation, food, & lodging |
| 3. | American Bankruptcy Institute (ABI) 18th Annual Central States Bankruptcy Workshop | June 9 - 12, 2011 | Traverse City, Michigan | speaker | transportation, food, & lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

| | | | | |
|---|---|---|---|---|
| 4. | Illinois Institue for Continuing Legal Education (IICLE) | August 23, 2011 | Chicago, Illinois | speaker | transportation, food, & lodging |
| 5. | National Association of Bankruptcy Trustees (NABT) 2011 Annual Convention | September 21 - 25, 2011 | Amelia Island, Florida | speaker | transportation, food, & lodging |
| 6. | American Bakruptcy Institute (ABI) 4th Annual Chicago Consumer Bankruptcy Conference | October 10, 2011 | Chicago, Illinois | speaker | transportation, food, & lodging |
| 7. | National Conference of Bankruptcy Judges (NCBJ) 85th Annual National Conference | October 11-15, 2011 | Tampa, Florida | speaker | transportation, food, & lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America - Mastercard | credit card | J |
| 2. | Chase Manhattan Bank - VISA | credit card | J |
| 3. | Sears Mastercard | credit card | J |
| 4. | Discover Card | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&I (branch of BMO Harris Bank), Milwaukee, WI cash accounts | A | Interest | J | T | | | | | |
| 2. Rent from 3rd flr apmt in personal residence, Milwaukee, WI | D | Rent | | | | | | | |
| 3. Nicholas II, Class I/149 Fund - IRA - symbol NCTWX | | None | | | Redeemed | 02/04/11 | K | C | Rollover to IRA Trust #003 |
| 4. This row is blank. | | | | | | | | | |
| 5. IRA Trust #001 UBS ---- | | | | | | | | | |
| 6. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 7. --Central Fund of Canada - CEF | A | Dividend | M | T | | | | | |
| 8. --Central Fund of Canada - CEF | | | | | Sold (part) | 06/06/11 | J | B | |
| 9. --Central Fund of Canada - CEF | | | | | Sold (part) | 06/29/11 | J | B | |
| 10. --Central Fund of Canada - CEF | | | | | Sold (part) | 07/08/11 | K | D | |
| 11. --Central Fund of Canada - CEF | | | | | Sold (part) | 07/15/11 | J | B | |
| 12. --Central Fund of Canada - CEF | | | | | Sold (part) | 07/18/11 | J | B | |
| 13. --Central Fund of Canada - CEF | | | | | Sold (part) | 08/15/11 | J | B | |
| 14. --Central Fund of Canada - CEF | | | | | Sold (part) | 08/31/11 | J | B | |
| 15. --Central Fund of Canada - CEF | | | | | Sold (part) | 09/19/11 | J | B | |
| 16. --Central Fund of Canada - CEF | | | | | Sold (part) | 10/27/11 | K | D | |
| 17. --Tocqueville Gold Fund - TGLDX | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. This row is blank. | | | | | | | | | |
| 19. IRA Trust #003 - UBS--- | | | | | | | | | |
| 20. --UBS Pace Money Mkt, Investment Fund Class P, PCEXX | A | Interest | J | T | Buy (add'l) | 02/14/11 | J | | |
| 21. --American Funds Growth Fund of America, Cls F, symbol GFAFX | | None | | | Sold | 03/08/11 | J | A | |
| 22. --Blackrock U.S. Opportunites A, symbol BMEAX | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 23. --Blackrock Equity Dividend Fund Cl A, symbol MDDVX | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 24. --Thornburg Intl Growth Fund, class A, symbol TIGAX | A | Dividend | K | T | Buy (add'l) | 02/14/11 | J | | |
| 25. --Pace Global Real Estate Securities, invstmt fund A, PREAX | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 26. --Invesco Van Kampen Small Cap Value Fund Cls A, sym VSCAX | A | Dividend | J | T | | | | | |
| 27. --Virtus Small-Cap Sustainable Growth Fund, Class A, PSGAX | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 28. --Loomis Sayles Investment Grade bond Fund, Class A, LIGRX | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 29. --Wells Fargo Advantage Short/Term High Yld Bond, A, SSTHX | A | Dividend | K | T | Buy (add'l) | 02/14/11 | J | | |
| 30. --Virtus Market Neutral Fund, Class A, symbol EMNAX | A | Dividend | K | T | Buy (add'l) | 02/14/11 | J | | |
| 31. --Wells Fargo Advantage Growth Class A, symbol SGRAX | A | Dividend | J | T | Buy | 03/09/11 | J | | |
| 32. This row is blank. | | | | | | | | | |
| 33. Investment Account UBS--- | | | | | | | | | |
| 34. -- UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Powershares High Yield Equity Dividend - symbol PEY | | None | J | T | | | | | |
| 36. --Invesco (fka Morgan Stanley) Insured Muni, symbol IMT | A | Dividend | J | T | | | | | |
| 37. --Nuveen Premium Inc Muni Fund - symbol NPI | A | Dividend | J | T | | | | | |
| 38. --Nuveen Muni Mkt Opportunity Fund - symbol NMO | A | Dividend | J | T | | | | | |
| 39. --Nuveen Wis Muni Bond - symbol FWIAX | A | Dividend | J | T | | | | | |
| 40. --Delaware Tax Free USA - symbol DMTFX | A | Dividend | J | T | | | | | |
| 41. --Invesco (fka Morg.Stan.) Quality Municipal Securites - IQM | A | Dividend | J | T | | | | | |
| 42. --Invesco fka Morg Stn) Tx Exempt Securities Trust A - TAXAX | | None | | | Merged (with line 43) | 06/23/11 | J | A | |
| 43. --Invesco Van Kampen Muni Income Fund, Cl A, symbol VKMMX | A | Dividend | J | T | Open | 06/23/11 | J | | |
| 44. --Blackrock Energy & RES TR symbol BGR | A | Dividend | J | T | | | | | |
| 45. --Neuberger Berman Muni Fund - symbol NBH | A | Dividend | J | T | | | | | |
| 46. This row is blank. | | | | | | | | | |
| 47. Vanguard Wellington Fund, symbol VWELX | B | Int./Div. | K | T | | | | | |
| 48. Vanguard Windsor Fund Admiral, symbol VWNEX | B | Int./Div. | L | T | Redeemed (part) | 07/18/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McGarity, Margaret D. | 05/13/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note regarding Part VII - Investments and Trusts:

There is no IRA Trust #002. That account was closed in 2008 and the proceeds transferred (i.e., rolled into) IRA Trust #001.

Line #2, Rent from apartment: no valuation for the apartment is stated because this rental unit is contained within the filer's personal residence and is not a separate building.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Margaret D. McGarity**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544